UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR -8  P 12: 55

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| Frank Lill & Son, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Medical Area Total Energy Plant, Inc.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10122 RGS<br>)<br>)<br>)<br>)<br>) |

AMENDED ANSWER OF DEFENDANT
MEDICAL AREA TOTAL ENERGY PLANT, INC.

Now comes the defendant, Medical Area Total Energy Plant, Inc. (MATEP) and amends as of right its answer, filed on April 1, 2005 in the above-captioned case, pursuant to Mass.R.Civ.P. 15(a), by adding the following sixth affirmative defense.

SIXTH AFFIRMATIVE DEFENSE

70.  The complaint fails to state a claim upon which relief can be granted.  Without limiting the generality of the foregoing, the complaint in Counts IV and V fails to state a claim upon which relief can be granted.

- 1 -

Respecfully Submitted,
MEDICAL AREA TOTAL
ENERGY PLANT, INC.,
Defendant

By its attorneys,

*[signatures]*

Michael B. Meyer
BBO #344440
John M. Connolly
BBO #095180
Catherine J. Keuthen
BBO #373620
Meyer, Connolly, Sloman
    & Macdonald LLP
12 Post Office Square
Boston, MA  02109
(617) 423-2254

April 7, 2005

I hereby certify that a copy of the above document was served ⸺ the attorney of record for ⸺ and on April 7, 2005.

*[signature]*