UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:05-10122 RGS

```
_____
                              )
FRANK LILL & SON, INC.,       )
                              )
           Plaintiff,         )
                              )
     v.                       )
                              )
MEDICAL AREA TOTAL ENERGY     )
PLANT, INC.,                  )
           Defendant.         )
                              )
_____)
```

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of the Plaintiff, Frank Lill & Son, Inc., in the above-captioned matter.

Plaintiff,
FRANK LILL & SON, INC.,
By its attorneys,

*/s/ Leonard D. Zamansky*
John J. McNamara
BBO #557882
Leonard D. Zamansky
BBO #630206
Domestico, Lane & McNamara LLP
161 Worcester Road
Framingham, MA  01701
(508) 626-9000

CERTIFICATE OF SERVICE

I, Leonard D. Zamansky, hereby certify that on May 27, 2005, the foregoing was served via first class mail, postage prepaid, on the following:

Michael B. Meyer, Esquire
Meyer, Connolly, Sloman & MacDonald LLP
12 Post Office Square
Boston, MA 02109

*/s/ Leonard D. Zamansky*
Leonard D. Zamansky