UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK LILL & SON INC.,

          Plaintiff,

-v-                                  C.A. No.: 05-10122 RGS

MEDICAL AREA TOTAL ENERGY
PLANT, INC.,

          Defendant.

## CERTIFICATION

The undersigned CHARLES G. LILL, President of Plaintiff FRANK LILL & SON, INC., and MARTHA A. CONNOLLY, of counsel to ERNSTROM & DRESTE, LLP, attorneys for Plaintiff, **HEREBY AFFIRM** that on the 24th day of May, 2005, they did confer

(a) With a view to establishing a budget for the costs of conducting the full course –and various alternative courses—of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
CHARLES G. LILL, President
Frank Lill & Son, Inc.
656 Basket Road
Webster, New York 14580

Date: May 24, 2005

_____
MARTHA A. CONNOLLY, ESQ
Ernstrom & Dreste, LLP
180 Canal View Blvd., Ste. 600
Rochester, New York 14623
Tel: 585-473-3100

Date: 5/26/2005