UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Frank Lill & Son, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 05-10122 RGS |
| Medical Area Total Energy | ) |
| Plant, Inc., | ) |
| | ) |
| Defendant. | ) |

DEFENDANT'S CERTIFICATION PURSUANT TO
LOCAL RULE 16.1, UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Defendant Medical Area Total Energy Plant, Inc. (MATEP), and MATEP's counsel, hereby certify pursuant to Local Rule 16.1 that:

(1)  MATEP and MATEP's counsel have conferred with a view to establishing a budget for the costs of conducting the full course of litigation and of conducting alternative courses of litigating such as non-binding mediation.

(2)  MATEP and MATEP's counsel have agreed to participate in non-binding mediation if plaintiff is also willing to participate.

Respectfully Submitted,
MEDICAL AREA TOTAL ENERGY
PLANT, INC.
Defendant

_____
William DiCroce
President
Medical Area Total Energy
  Plant, Inc.
474 Brookline Avenue
Boston, Massachusetts 02215


Counsel for MATEP, INC.
Defendant

_____
Michael B. Meyer
BBO #344440
Meyer, Connolly, Sloman
  & Macdonald LLP
12 Post Office Square
Boston, Massachusetts 02109
(617) 423-2254

May 18, 2005