UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Frank Lill & Son, Inc.,<br>        Plaintiff,<br><br>v.<br><br>Medical Area Total Energy<br>Plant, Inc.,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10122 RGS<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance for the Defendant, Medical Area Total Energy Plant, Inc., in the above-captioned matter.

_____
Timothy N. Cronin
BBO # 549333
NSTAR Electric & Gas Company
800 Boylston St. P1700
Boston, MA 02199
617-424-2104

Dated:  August 22, 2005

1

## Certificate of Service

I, Timothy N. Cronin, Esq., attorney for Medical Area Total Energy Plant, Inc., the defendant, do hereby certify that a true copy of the foregoing Notice of Appearance was served upon Leonard D. Zamansky, Esq., Domestico, Lane & McNamara, LLP, 161 Worcester Rd., Framingham, MA 01701, and Martha A. Connolly, Ernstrom & Dreste, LLP, 180 Canal View Blvd., Suite 600, Rochester, NY 14623, attorneys for plaintiff, Frank Lill & Son, Inc., by mailing same first class, postage prepaid on August 22, 2005.

_____
Timothy N. Cronin, Esq.