UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FRANK LILL & SON
    Plaintiff

        v.                    CIVIL ACTION NO. 05-10122-RGS

MEDICAL AREA TOTAL ENERGY PLANT
    Defendant

## AMENDED SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 120 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

    SO ORDERED.

                                    RICHARD G. STEARNS
                                    UNITED STATES DISTRICT JUDGE

        BY:

                /s/ Mary H. Johnson
                Deputy Clerk

DATED:   12-30-05